UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10084 GAO

TRANSAMERICA COMMERCIAL
FINANCE CORPORATION,
    Plaintiff

v.

CAMPERS INN OF AYER, INC.,
ADVENTURE WORLD, INC., and
DAVID M. HIRSCH
    Defendants

MAGISTRATE JUDGE Alexander

FILED
CLERK'S OFFICE
2005 JAN 12 P 4:13
U.S. DISTRICT COURT
DISTRICT OF MASS.

AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
1/14/04

## NOTICE OF REMOVAL

TO: CLERK OF COURT
    U.S. DISTRICT COURT for the DISTRICT OF MASSACHUSETTS

PLEASE TAKE NOTICE that above captioned Defendants West hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446(b). The grounds for removal are as follows:

1. On or about January 8, 2004, the Plaintiff, Transamerica Commercial Finance Corporation (hereinafter, "Plaintiff" or "Transamerica") commenced a civil action entitled <u>Transamerica Commercial Finance Corporation v. Campers Inn of Ayer, Inc., Adventure World, Inc. and, David M. Hirsch</u>, Civil Action No. 04-0069, in Massachusetts Superior Court, Middlesex County. On January 9, 2004 the Defendant, David M. Hirsch, received by mail from Plaintiff the Verified Complaint, Summons and Restraining Order, Civil Action Cover Sheet; Insurance Certificate, Motion for Appointment of a Special Process Server (approved), Ex Parte Motion for Approval of Real Estate Attachment, Plaintiff's Ex Parte Application for Temporary Restraining Order and Short Order of Notice, and Application for Preliminary Injunction After Hearing, and Proposed Order on Ex-Parte

Temporary Restraining Order, copies of which are attached hereto as <u>Exhibit 1</u>. There have been no further proceedings in this action.

2.  Plaintiff is a Delaware corporation doing business within the Commonwealth of Massachusetts. (Comp. ¶ 1.) The Plaintiff's Principal Place of Business is located at 5595 Trillium Boulevard, Hoffman Estates, Illinois, 60192. (Comp., Exhibit A).

3.  Defendants, Campers Inn of Ayer, Inc., and Adventure World, Inc. are Massachusetts corporations with principal places of business in Massachusetts. (Comp. ¶ 2 &3). The Defendant, David M. Hirsch, is an individual residing in the Commonwealth of Massachusetts. (Comp. ¶ 4).

4.  Plaintiff alleges in the Verified Complaint that the value of the funds owed by the Defendants under the Agreement is $496,432.51. (State Civil Action Cover Sheet)

5.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the alleged amount in controversy exceeds $75,000, exclusive of interest and costs.

6.  Defendant has filed this Notice of Removal within 30 days of receiving the Complaint, Summons, and Order of Notice, as required by 28 U.S.C. § 1446(b).

7.  Defendant has, on this 12th day of January, 2004, sent copies of this Notice of Removal to Plaintiff's counsel and to the Clerk of the Massachusetts Superior Court, Middlesex County, to be filed with that court pursuant to 28 U.S.C. § 1446(d).

8.  In accordance with Local Rule 81.1, the Defendants shall within 30 days file with the Clerk of this Court certified or attested-to copies of all records and proceedings in the state court and a certified or attested-to copy of all docket entries there.

WHEREFORE, the Defendants in the above-captioned matter hereby remove to this Court the above-captioned action now pending in Massachusetts Superior Court, Middlesex County.

        Respectfully Submitted,
        Campers Inn of Ayer, Inc,
        Adventure World, Inc., and
        David M. Hirsch,
        By their counsel,

        */s/ Steven A. Kressler*
        Steven A. Kressler
        BBO 280020
        Wendy M. Mead
        BBO 635333
        Kressler & Kressler, PC
        11 Pleasant Street, Ste. 200
        Worcester, MA 01609
        (508) 791-8411

DATED: January 12, 2004

## CERTIFICATE OF SERVICE

I, Wendy M. Mead, hereby certify that I have this day served a copy of the foregoing document, by facsimile and by mailing same via overnight mail, to the following:

James A.G. Hamilton, Esq.
Ronald J. Snyder, Esq.
Perkins, Smith & Cohen, LLP
One Beacon Street
Boston, MA 02108
Fax (617) 854-4040

        */s/ Wendy M. Mead*
        Wendy M. Mead

Dated: January 12, 2004