UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 28 P 2:58
DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TRANSAMERICA COMMERCIAL FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAMPERS INN OF AYER, INC., ADVENTURE WORLD, INC., AND DAVID M. HIRSCH<br><br>Defendant. | **SUGGESTION OF BANKRUPTCY** |

Joseph H. Baldiga, Chapter 7 Trustee of the bankruptcy estate of Camper's Inn of Ayer, Inc.,. (the "Debtor"), the Debtor being the defendant in the above proceeding and in supplementary process proceedings pending in this Court, by and through his undersigned counsel, states as follows:

1. On January 16, 2004, the Debtor filed an original, voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 in the United States Bankruptcy Court for the District of Massachusetts, Western Division, in Worcester, Massachusetts (the "Bankruptcy Court"), Case No. 04-40203-HJB. On March 9, 2004, the Bankruptcy Court converted the Debtor's case to one under Chapter 7. On May 20, 2004, Joseph H. Baldiga was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy proceeding, and he continues to serve as such. A copy of the Notice of Appointment of Trustee and Order Approving Retention of Mirick, O'Connell, DeMallie & Lougee, LLP As Counsel to the Chapter 7 Trustee is attached hereto as **Exhibit A**.

2. Pursuant to 11 U.S.C. § 362(a), all creditors of the Debtor, including the plaintiff herein, Transamerica Commercial Finance Corporation, and the agents, attorneys, employees and representatives of each creditor of the Debtor are automatically and immediately stayed from initiating, taking or continuing: (a) any steps, acts, measures, or proceedings to collect, assess, setoff, or enforce judgments or claims against the Debtor; (b) any act to obtain possession of or to exercise control over property of the Debtor, and/or (c) any act to create, perfect or enforce any lien against property of the Debtor.

> Respectfully submitted,
>
> JOSEPH H. BALDIGA, CHAPTER 7
> TRUSTEE OF CAMPER'S INN OF AYER,
> INC.
>
> By his attorney,
>
> Joseph H. Baldiga, BBO #549963
> Paul W. Carey, BBO #566865
> Mirick, O'Connell, DeMallie & Lougee, LLP
> 100 Front Street
> Worcester, MA 01608-1477
> Phone: (508) 791-8500
> Fax:   (508) 791-8502
> Email: bankrupt@modl.com

Dated: March 25, 2005

EXHIBIT
A

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Camper's Inn of Ayer, Inc.<br>Debtor, | Chapter: 7<br>Case No: 04-40203<br>Judge Henry J. Boroff |

## CERTIFICATE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. § 701(a)(1)

Joseph H. Baldiga
Mirick,O'Connell,DeMallie,&Lougee,L
100 Front St.
Worcester, MA 01608

is hereby appointed as Interim Trustee in the above-referenced proceeding and is designated to preside at the meeting of creditors. The Trustee's bond is fixed under the general blanket bond heretofore approved. The Trustee shall notify the United States Trustee immediately in the event that the liquid assets exceed $1,000,000.

Pursuant to FRBP 2008 the Trustee will be deemed to have accepted this appointment unless it is rejected within five (5) days of receipt of this notice. Unless another trustee is elected the Interim Trustee appointed herein shall serve as Trustee without further appointment as provided by 11 U.S.C. § 702(d).

Date:3/25/04

J. Christopher Marshall
U.S. Trustee
(617) 788-0400

Original filed with Bankruptcy Court
Copy to trustee

**REJECTION**

I, Joseph H. Baldiga , hereby REJECT appointment as Trustee.
Dated: This day of _____ .

Joseph H. Baldiga

Original filed with Bankruptcy Court
Copy to United States Trustee

103

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CAMPER'S INN OF AYER, INC.,<br>ADVENTURE WORLD, INC., and<br>ADVENTURE WORLD RU, INC.,<br><br>Debtors. | Chapter 7<br>Case Nos. 04-40203, 04-40206, and<br>04-40207-HJB<br><br>Jointly Administered under<br>Case No. 04-40203-HJB |

## ORDER APPROVING RETENTION OF MIRICK, O'CONNELL, DeMALLIE & LOUGEE, LLP AS COUNSEL TO THE CHAPTER 11 TRUSTEE AND CHAPTER 7 TRUSTEE

Upon the application dated March 19, 2004, (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of Joseph H. Baldiga, attached to said Application; and it appearing that Mirick, O'Connell, DeMallie & Lougee, LLP ("MODL") is qualified to serve as counsel to the Trustee, and it appearing that MODL neither holds nor represents any interest adverse to the Debtors or to the Trustee in connection with this Chapter 7 case and is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code, and that MODL's employment is in the best interests of the estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ MODL as of February 24, 2004 to serve as his counsel as Chapter 11 Trustee and perform such other legal services as may become necessary during the administration of these proceedings.

ORDERED, that the Trustee is authorized to employ and retain MODL as of March 9, 2004 to serve as his counsel in the above-captioned Chapter 7 proceeding and to

{H:\PA\CORP\1500B\14001\A0698165.DOC}

perform all of the services described in the Application. All compensation and expenses are subject to Court approval.

Dated: _____, 2004

*/s/ Henry Jack Boroff*  04/27/2004
Honorable Henry J. Boroff
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Paul W. Carey, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to James A.G. Hamilton, Esq., and Ronald J. Snyder, Esq., Perkins, Smith & Cohen, LLP, One Beacon Street, Boston, MA 02108.

Paul W. Carey, BBO #566865
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
Fax: (508) 791-8500
Phone: (508) 791-8502
Email: bankrupt@modl.com

Dated: March 25, 2005

{H:\PA\Lit\15008\A0780825.DOC}