# BURNS & LEVINSON LLP

JAMES A.G. HAMILTON
617.345.3269
JHAMILTON@BURNSLEV.COM

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

April 18, 2007

**VIA HAND DELIVERY**

Paul Lyness, Courtroom Clerk
  to Honorable George A. O'Toole, Jr.
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

       *Re:*    *Transamerica Commercial Finance Corp. v. Campers Inn of Ayer, Inc. et al.*
            *No. 1:04-CV-10084*

Dear Mr. Lyness:

    The above matter is scheduled for a Status Conference on April 23, 2007 at 2:30 p.m.  I am writing on behalf of the plaintiff to inform the Court that plaintiff has no objection to a dismissal without prejudice of this action at this time.  It is currently subject to a bankruptcy stay.

    Please advise as to the Court's intentions or concerns.  Please advise if it will be necessary for my office to attend the status conference on April 23.  Thank you for your attention.

                                    Very truly yours,

                                    James A.G. Hamilton

JAGH\eam

cc:    Steven A. Kressler, Esquire (via fax and mail)
         James P. Ehrhard, Esquire (via fax and mail)

J:\Docs\81102\00005\01124245.DOC

MASSACHUSETTS ::: RHODE ISLAND ::: DISTRICT OF COLUMBIA